# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**HUVER EDMONDO RODRIGUEZ,**

    **Petitioner,**

**vs.**                                                   **4:06-CV-493-SPM**

**ALBERTO GONZALES,**
**MICHAEL CHERTOFF,**
**MICHAEL ROZOS, DAVID WING,**
**DAVID HARVEY, and the**
**DEPARTMENT OF**
**HOMELAND SECURITY,**

    **Respondents.**

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 16) dated April 23, 2007.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 16) is

adopted and incorporated by reference in this order.

2.   This case is *dismissed.*

**DONE AND ORDERED** this <u>fourth</u> day of June, 2007.

<u>   s/ Stephan P. Mickle   </u>
Stephan P. Mickle
United States District Judge